Cynthia Z. Levin, Esq. (PA 27050)
Law Offices of Todd M. Friedman, P.C.
1150 First Avenue, Suite 501
King of Prussia, PA 19406
Phone: 888-595-9111 ext 618
Fax: 866 633-0228
clevin@attorneysforconsumer.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PATTI DUKSTA,** ) | Case No. 3:14-cv-00198-WJN |
| ) | |
| Plaintiff, ) | **JOINT MOTION TO DISMISS WITH** |
| ) | **PREJUDICE** |
| vs. ) | |
| ) | |
| **GE CAPITAL RETAIL BANK,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | _____ |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss with prejudice this matter pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and expenses. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 26th day of August, 2014

By: s/Cynthia Z. Levin
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

By: s/Jonathan M. Marmo
Reed Smith LLP
Attorney for Defendant

Stipulation to Dismiss- 1

Filed electronically on this 26th day of August, 2014, with:

United States District Court CM/ECF system

This 26th day of August, 2014.

<u>s/Cynthia Z. Levin</u>
Cynthia Z. Levin