UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATTI DUKSTA, | ) Case No. 3:14-cv-00198-WJN |
| Plaintiff, | ) ORDER |
| vs. | ) |
| GE CAPITAL RETAIL BANK, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Joint Motion of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this 26th day of August, 2014.

_____
The Honorable William J. Nealon

FILED
SCRANTON

AUG 26 2014

PER_____
DEPUTY CLERK

Order to Dismiss - 1